# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2016

Robert P. Young, Jr.,
Chief Justice

152187

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

DALE KERBYSON, FREDERICK EHMAN,
CAROL EHMAN, MORRIS JOHNSON,
SUZETTE JOHNSON, MICHAEL
SHARRARD, ANNETTE SHARRARD, and
JODIE KERBYSON,
        Plaintiffs-Appellants,

v

                          SC: 152187
                          COA: 319034
                          Lapeer CC: 11-043992-NZ

ELBA TOWNSHIP,
        Defendant-Appellee,

and

TETRA TECH, INC.,
        Defendant.

_____/

On order of the Court, the application for leave to appeal the July 9, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2016


Clerk

t0321